FILED
January 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK TYSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. SA-23-CV-01423-OLG |
| | § | |
| LAUNCH TECHNICAL | § | |
| WORKFORCE SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed December 11, 2024, concerning Defendant's Revised Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 39). (*See* R&R, Dkt. No. 45.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties through counsel, were electronically served with a copy of the R&R on December 12, 2024, and the time to object has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 45) and, for the reasons set forth therein, Defendant's Revised Motion to Dismiss (Dkt. No. 39) is **GRANTED**, and Plaintiff's claims in the Second Amended Complaint are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED this __14__ day of January, 2025.

ORLANDO L. GARCIA
United States District Judge